UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                      Case No. 2:13-mj-21

ARAM MIRZOYAN and SERGEY          HON. TIMOTHY P. GREELEY
ALXANDROVICH BRAGINSKY,

      Defendant(s).

_____/

ORDER OF DETENTION

      Defendants appeared before the undersigned on August 7, 2013, for arraignment

on a misdemeanor information alleging Improper Entry by Aliens in violation of 8 U.S.C. §

1325(a)(1).  At the hearing, the court was informed by the government that immigration detainers

had been placed on the defendants and that they were not eligible for bond at this time.

Accordingly, the defendants will be detained pending further proceedings and will reserve the

right to request a detention hearing should the detainers be removed.

      Therefore, IT IS HEREBY ORDERED that the defendants shall be committed to

the custody of the Attorney General or his designated representative for confinement in a

corrections facility separate, to the extent practicable, from persons awaiting or serving sentences

or being held in custody pending appeal.  The defendants shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

           /s/ Timothy P. Greeley                 
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2013